**Order entered August 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01687-CR

**DARIUS EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F10-51415**

## ORDER

The Court **REINSTATES** the appeal.

On June 28, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 19, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the June 28, 2013 order requiring findings.

State's Exhibit nos. 13 and 14, DVDs, were not filed with the record. Accordingly, we **ORDER** court reporter Melanie Brockington to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of State's Exhibit nos. 13 and 14.

Appellant's brief is due within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Melanie Brockington, Deputy Official Court Reporter, Criminal District Court No. 6y, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE